UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL ACTION
NO. 1:16-CR-437-CAP-JFK |
| JEROME MCROY, | |
| Defendant. | |

### O R D E R

After carefully considering the report and recommendation of the magistrate judge [Doc. No. 63], and there being no objections thereto, the court receives it with approval and ADOPTS it as the opinion and order of this court.

**SO ORDERED** this 14th day of February, 2018.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge